| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 09-cr-00098-MSK-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER |

*U.S. DISTRICT COURT — FILED 2012 MAY 29 PM 4:33 — GREGORY C. LANGHAM, CLERK — BY _____ DEP CLK*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: John Shalako TIEME | DISTRICT District of Colorado | DIVISION Denver |
|---|---|---|
| | NAME OF SENTENCING JUDGE Marcia S. Krieger, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 04/04/2012    TO 04/03/2015 |

**OFFENSE**
Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 3, 2012
Date

*/s/ Marcia S. Krieger*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

May 23, 2012
*Effective Date*

*/s/ Gloria M. Navarro*
United States District Judge